IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

ALEXANDER ZAYAS, JR., AS
PERSONAL REPRESENTATIVE
OF THE ESTATE OF ISMAEL
ZAYAS, SR., KNOWN HEIR OF
ISMAEL ZAYAS, SR., AND
ANGELINA RUGGIRELLO,
      Appellants,

 v.

U.S. BANK NATIONALASSOCIATION
NOT IN ITS INDIVIDUAL CAPACITY
BUT SOLELY AS TRUSTEE FOR THE
RMAC TRUST SERIES 2016-CTT,
      Appellee.
_____/

Case No.    5D22-19
LT Case No. 27-2017-CA-001260

Decision filed May 2, 2023

Appeal from the Circuit Court
for Hernando County,
Pamela Stinnette Vergara, Judge.

John A. Dalley, of Dalley Law Firm,
P.C., New York, and Michael P.
Kelton, of Kelton Law, P.A., Deltona,
for Appellant.

Richard S. McIver, of Kass Shuler,
P.A., Tampa, for Appellee.

PER CURIAM.

    AFFIRMED.

WALLIS, EDWARDS and HARRIS, JJ., concur.